CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
EMILY FULHAM (SBN 305046)
emily@frostllp.com
NICO L. BRANCOLINI (SBN 318237)
nico@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Frisco County Inc., dba FB County; Tom Kim, Lauren A. Kim, and Brandon T. Kim

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ben F. Davis Company, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Frisco County Inc. dba FB County, a California corporation; Tom Kim, an individual; Lauren A. Kim, an individual; Brandon T. Kim, an individual; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. 2:25-cv-04785<br><br>*Assigned to Hon. R. Gary Klausner*<br><br>**JOINT STIPULATION TO CONTINUE RESPONSE DEADLINE PURSUANT TO LOCAL RULE 8-3 AND RELATED DEADLINES**<br><br>Current response date: July 31, 2025<br>New response date: September 2, 2025 |

Plaintiff Ben F. Davis Company ("Plaintiff") on the one hand, and Defendants Frisco County, Inc. dba FB County and Tom Kim ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, on May 27, 2025, Plaintiff filed its Complaint against Defendants alleging claims for trademark infringement, unfair competition, false advertising, common law trademark infringement, and unfair business practices under California Business & Professions Code § 17200;

WHEREAS, Defendants FB County and Tom Kim were served with the Summons and Complaint by substitute service pursuant to California Code of Civil Procedure section 415.20, with service deemed complete on July 10, 2025;

WHEREAS, counsel for Defendants, Frost LLP, is expressly authorized to accept, and has accepted, service of the Summons and Complaint on behalf of Defendants Lauren A. Kim and Brandon T. Kim, effective as of July 17, 2025, and Plaintiff shall promptly file formal proofs of such service with the Court;

WHEREAS, on July 17, 2025, counsel for Defendants informally accepted service on behalf of Defendants Lauren A. Kim and Brandon T. Kim, with their response deadline originally agreed between counsel as July 31, 2025;

WHEREAS, as of the filing of this stipulation, formal proofs of service for Defendants Lauren A. Kim and Brandon T. Kim have not yet been filed with the Court;

WHEREAS, on July 30, 2025, the Court denied the Parties' previous stipulation due to the lack of formal proofs of service for Defendants Lauren A. Kim and Brandon T. Kim and indicated that extensions for Defendants Frisco County Inc. and Tom Kim could proceed pursuant to Central District of California Local Rule 8-3 without judicial approval;

///

///

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

1. Continuance of Response Deadline for Defendants Frisco County Inc. and Tom Kim: Pursuant to Local Rule 8-3, Defendants Frisco County Inc. and Tom Kim shall have their deadline to respond to Plaintiff's Complaint extended from July 31, 2025, to and including September 2, 2025.

2. Response Deadline for Defendants Lauren A. Kim and Brandon T. Kim: Plaintiffs shall promptly file formal proofs of service confirming counsel's acceptance of service. Upon filing these proofs of service, the Parties will promptly file a subsequent stipulation or request, as necessary, consistent with Local Rules and Federal Rules of Civil Procedure, to extend these Defendants' response deadline to and including September 2, 2025.

3. Continuance of Deadline to File Amended Complaint: This stipulation constitutes Defendants' written consent to Plaintiff's filing of an amended complaint on or before September 2, 2025, pursuant to Fed. R. Civ. P. 15(a)(2). Defendants will stipulate to continue Plaintiff's deadline to file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A) for thirty (30) days, to and including September 2, 2025.

4. Settlement Discussions: The parties shall continue to engage in good faith settlement discussions during the continuance period. The parties shall explore various means of resolution, which may include mediation if mutually agreed upon.

5. No Prejudice: This stipulation and continuance shall not prejudice any party's claims, defenses, or legal positions in this action.

6. No Effect on Court-Set Deadlines: This stipulation and the resulting continuances granted herein will not alter, disrupt, or otherwise affect any court-set deadlines, including scheduling conferences or other procedural dates, as no other dates have yet been established by the Court.

///

///

7. Compliance with Local Rules: This stipulation is made in accordance with Federal Rule of Civil Procedure 6(b) and Central District of California Local Rules 6-1, 7-12, and 8-3.

**SO STIPULATED AND AGREED.**

DATED: July 31, 2025                    **FROST LLP**

By: _____
CHRISTOPHER FROST
EMILY FULHAM
NICO L. BRANCOLINI
Attorneys for Defendants
FRISCO COUNTY INC., dba FB COUNTY; TOM KIM, LAUREN A. KIM, AND BRANDON T. KIM

DATED: July 31, 2025                    **JEFFER MANGELS BUTLER & MITCHELL LLP**

By: /s/ *Jessica Bromall Sparkman*
Rod S. Berman
Jessica Bromall Sparkman
Madeline Goossen
Attorneys for Plaintiff
BEN F. DAVIS COMPANY

DATED: July 31, 2025         BEESON SKINNER BEVERLY, LLP

By: _____/s/ *Stewart Kellar*_____
Brian Beverly
Stewart Kellar
Attorneys for Plaintiff
BEN F. DAVIS COMPANY