CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
EMILY FULHAM (SBN 305046)
emily@frostllp.com
NICO L. BRANCOLINI (SBN 318237)
nico@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Frisco County Inc., dba FB County; Tom Kim, Lauren A. Kim, and Brandon T. Kim

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ben F. Davis Company, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Frisco County Inc. dba FB County, a California corporation; Tom Kim, an individual; Lauren A. Kim, an individual; Brandon T. Kim, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04785<br><br>*Assigned to Hon. R. Gary Klausner*<br><br>**JOINT STIPULATION TO CONTINUE RESPONSE AND RELATED DEADLINES**<br><br>Current response date: August 7, 2025<br>New response date: September 2, 2025 |

Plaintiff Ben F. Davis Company ("Plaintiff") on the one hand, and Defendants Lauren A. Kim and Brandon T. Kim ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint in this action on May 27, 2025, asserting claims for trademark infringement, unfair competition, false advertising, and related claims (Dkt. No. 1);

WHEREAS, on July 17, 2025, counsel for Defendants at Frost LLP was expressly authorized and did accept service of the Summons and Complaint on behalf of Defendants Lauren A. Kim and Brandon T. Kim, as reflected in the Proofs of Service filed by Plaintiff on August 1, 2025 (Dkt. Nos. 30 and 31);

WHEREAS, pursuant to the recently filed proofs of service, Defendants Lauren A. Kim's and Brandon T. Kim's current deadline to respond to Plaintiff's Complaint is August 7, 2025;

WHEREAS, Defendants Frisco County Inc. and Tom Kim previously stipulated, pursuant to Local Rule 8-3, to extend their response deadlines to September 2, 2025, to allow the parties to engage in meaningful settlement discussions, mediation efforts, and to permit Plaintiff time to file an anticipated amended complaint without necessitating premature motion practice;

WHEREAS, the Parties agree it is in the interest of judicial economy to align the response deadlines of Defendants Lauren A. Kim and Brandon T. Kim with those of the other Defendants, and to facilitate continued good-faith settlement negotiations; and

WHEREAS, no prejudice will result from this short extension, and this stipulation is made in accordance with Federal Rule of Civil Procedure 6(b), Central District Local Rules 6-1, 7-12, and Judge Klausner's Standing Order regarding extensions.

///

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

1. Extension of Response Deadline: The deadline for Defendants Lauren A. Kim and Brandon T. Kim to respond to Plaintiff's Complaint, currently set for August 7, 2025, shall be extended to and including September 2, 2025, consistent with the response deadlines previously stipulated for Defendants Frisco County Inc. and Tom Kim.

2. Continuance of Deadline to File Amended Complaint: This stipulation constitutes Defendants' written consent to Plaintiff's filing of an amended complaint on or before September 2, 2025, pursuant to Fed. R. Civ. P. 15(a)(2). Defendants will stipulate to continue Plaintiff's deadline to file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A) up to and including September 2, 2025.

3. Settlement Discussions and Mediation: The parties shall continue good-faith settlement discussions and actively explore resolution, including potential mediation, during the continuance period.

4. No Prejudice: This stipulation shall not prejudice any party's claims, defenses, or positions in this action.

5. No Effect on Court-Set Deadlines: The stipulated extension will not disrupt or alter any Court-set deadlines, as no other dates have yet been established.

6. Compliance with Local Rules: This stipulation is made in accordance with Federal Rule of Civil Procedure 6(b) and Central District of California Local Rules 6-1, 7-12, and 8-3.

**SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | DATED: August 6, 2025 | **FROST LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: [signature] |
| 5 | | CHRISTOPHER FROST |
| | | EMILY FULHAM |
| 6 | | NICO L. BRANCOLINI |
| 7 | | Attorneys for Defendants |
| | | Frisco County Inc., dba FB County; Tom |
| 8 | | Kim, Lauren A. Kim, and Brandon T. Kim |
| 9 | | |
| 10 | DATED: August 6, 2025 | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
| 11 | | |
| 12 | | |
| 13 | | By:    /s/ *Jessica Bromall Sparkman* |
| 14 | | Rod S. Berman |
| | | Jessica Bromall Sparkman |
| 15 | | Madeline Goossen |
| 16 | | Attorneys for Plaintiff |
| | | BEN F. DAVIS COMPANY |
| 17 | | |
| 18 | | |
| 19 | DATED: August 6, 2025 | **BEESON SKINNER BEVERLY, LLP** |
| 20 | | |
| 21 | | By:    /s/ *Brian Beverly* |
| 22 | | Brian Beverly |
| 23 | | Stewart Kellar |
| | | Attorneys for Plaintiff |
| 24 | | BEN F. DAVIS COMPANY |

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED: August 6, 2025          FROST LLP

By: _____
CHRISTOPHER FROST
EMILY FULHAM
NICO L BRANCOLINI
Attorneys for Defendants
Frisco County Inc., dba FB County; Tom Kim, Lauren A. Kim, and Brandon T. Kim