CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
NICO L. BRANCOLINI (SBN 318237)
nico@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Frisco County Inc., dba FB County; Tom Kim, Lauren A. Kim, and Brandon T. Kim

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ben F. Davis Company, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Frisco County Inc. dba FB County, a California corporation; Tom Kim, an individual; Lauren A. Kim, an individual; Brandon T. Kim, an individual; and DOES 1 through 10, inclusive,,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04785 RGK (RAOx)<br><br>**DECLARATION OF MONICA TOSUNIDIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*Filed concurrently with Motion to Dismiss; [Proposed] Order*<br><br>Judge:　Hon. R. Gary Klausner<br>Date:　　October 20, 2025<br>Time:　　9:00 a.m.<br>Crtrm.:　805 |

DECLARATION OF MONICA TOSUNIDIS

# DECLARATION OF MONICA TOSUNIDIS

I, Monica Tosunidis, declare:

1. I am an attorney at Frost LLP ("Frost") and counsel for Defendants Frisco County Inc. dba FB County, Tom Kim, Lauren A. Kim, and Brandon T. Kim in this action. I have personal knowledge of each fact stated in this Declaration, and if called upon to do so, I could and would so competently testify.

2. On August 28, 2025, I participated in a video conference meet-and-confer with opposing counsel regarding Defendants' motion to dismiss Plaintiff's First Amended Complaint. Participating on the call for Defendants were myself and my colleague, Nico Brancolini. Appearing on behalf of Plaintiff were Jessica Bromall Sparkman and Rod S. Berman.

3. During the conference, Defendants outlined the specific grounds on which they intended to seek dismissal under Rule 12(b)(6). At Plaintiff's counsel's request, I sent a follow-up email later that same day, August 28, 2025, memorializing the bases for Defendants' motion.

4. On September 2, 2025, I received a written response from Jessica Bromall Sparkman stating that Plaintiff disagreed with Defendants' analysis and would not amend its complaint further.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 11th day of September, 2025, at Los Angeles, California.

_____
MONICA TOSUNIDIS