UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ben F. Davis Company, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Frisco County Inc. dba FB County, a California corporation; Tom Kim, an individual; Lauren A. Kim, an individual; Brandon T. Kim, an individual; and DOES 1 through 10, inclusive,,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04785 RGK (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*Filed concurrently with Motion to Dismiss; Declaration of Monica Tosunidis*<br><br>Judge:　Hon. R. Gary Klausner<br>Date:　　October 20, 2025<br>Time:　　9:00 a.m.<br>Crtrm.:　805 |

# [PROPOSED] ORDER

The Court having read and considered Defendants Frisco County Inc. dba FB County, Tom Kim, Lauren A. Kim, and Brandon T. Kim (collectively, "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Memorandum of Points and Authorities, the Declaration of Monica Tosunidis, all subsequent papers filed in opposition and in support thereof, all papers on file with the Court in the matter, any oral argument presented at the hearing of the Motion, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED**.
2. All claims asserted against the Individual Defendants (Tom Kim, Lauren A. Kim, and Brandon T. Kim) are dismissed with prejudice.
3. Counts I–V of the First Amended Complaint are dismissed for failure to state a claim with prejudice.

DATED: _____          _____
                                        HON. R. GARY KLAUSNER