# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN F. DAVIS COMPANY <br><br> Plaintiff(s), <br><br> v. <br><br> FRISCO COUNTY INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:25–cv–04785–RGK–RAO <br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   9/12/2025

Document No.:   36

Title of Document:   RE MOTION to Dismiss FIRST, SECOND, THIRD, FOURTH, AND FIFTH COUNTS OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM filed by Defendants Frisco County Inc., Brandon T Kim, Lauren A. Kim, Tom Kim

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 12, 2025         By: /s/ *Linda Chai*  *Linda_Chai@cacd.uscourts.gov*
                                                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS