UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ben F. Davis Company, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Frisco County Inc. dba FB County, a California corporation; Tom Kim, an individual; Lauren A. Kim, an individual; Brandon T. Kim, an individual; and DOES 1 through 10, inclusive,,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04785<br><br>*Assigned to Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION AND PROTECTIVE ORDER** |

# [~~PROPOSED~~] ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefore, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED**.

DATED: 9/12/2025

*Rozella A. Oliver*
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE