# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN F. DAVIS COMPANY<br><br>PLAINTIFF(S)<br><br>v.<br><br>FRISCO COUNTY INC. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−04785−RGK−RAO<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  9/29/2025   /   43   /   Second AMENDED COMPLAINT  
*Date Filed*        *Doc. No.*        *Title of Document*

  __        /   __   /   __  
*Date Filed*        *Doc. No.*        *Title of Document*

Other:
Leave of Court required.

Dated: September 30, 2025            By: /s/ *R. Gary Klausner*  
                                                                U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)