CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
KATHERINE PIERUCCI (SBN 301051)
kpierucci@frostllp.com
NICO L. BRANCOLINI (SBN 318237)
nico@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Frisco County Inc., dba FB County, and Tom Kim

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ben F. Davis Company, a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>Frisco County Inc. dba FB County, a California corporation; and Tom Kim, an individual<br><br>          Defendants. | Case No. 2:25-cv-04785<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT SCHEDULING CONFERENCE**<br><br>*Filed concurrently with Declaration of Christopher Frost* |

**RESPONSE TO ORDER TO SHOW CAUSE FOR NONAPPEARANCE**

Counsel for Defendants Frisco County Inc. dba FB County and Tom Kim[1] (collectively, "Defendants") respectfully submit this Response to the Court's October 28, 2025 Minute Order setting an Order to Show Cause hearing regarding Defendants' counsel's failure to appear at the Scheduling Conference on October 27, 2025.

As set forth in the Declaration of FROST LLP's founding partner, Christopher Frost, filed concurrently herewith, FROST LLP extends its sincere apologies to the Court and Plaintiff's counsel for its failure to appear at the Scheduling Conference on October 27, 2025, and it deeply regrets any inconvenience this caused the Court, courtroom staff, and opposing counsel. FROST LLP has the utmost respect for the Court's time and resources, and equally recognizes that Plaintiff's counsel's time and preparation for the Scheduling Conference were also affected.

The nonappearance was entirely inadvertent and the result of an internal calendaring error. FROST LLP maintains careful and redundant calendaring and case management procedures to ensure that all deadlines and appearances are accurately tracked, including entries in both the firm's docketing software and personal Outlook calendars, combined with periodic firm-wide cross-checks of all upcoming hearings and deadlines. Unfortunately, in this isolated instance, an administrative oversight resulted in the hearing not appearing on the relevant attorneys' calendars.

FROST LLP did not become aware of the error until later that morning after the hearing, upon receiving an email from Plaintiff's counsel following the hearing. Once aware, Defendants' counsel immediately contacted Plaintiff's counsel to apologize and conducted an internal investigation to identify the cause of the error. FROST LLP has since implemented enhanced safeguards to ensure that such an

---

[1] FROST LLP acknowledges that, as of the date of the missed hearing, individual defendants Lauren A. Kim and Brandon T. Kim were still parties to this action. However, pursuant to this Court's October 29, 2025 order granting Defendants' Motion to Dismiss, Lauren and Brandon Kim have now been dismissed from the case.

82319.3                                1
DEFENDANTS' RESPONSE TO OSC RE FAILURE TO APPEAR AT SCHEDULING CONFERENCE

oversight does not occur again.

FROST LLP takes full personal responsibility for this inadvertent error and wishes to emphasize that it was not willful, deliberate, or indicative of any disregard for the Court's authority. FROST LLP holds this Court in the highest regard and is acutely aware of the importance of professionalism, punctuality, and reliability in all federal proceedings. FROST LLP is fully committed to ensuring that such an error will never happen again and is prepared to pay any sanctions that the Court deems appropriate under the circumstances.

DATED: October 31, 2025          FROST LLP

By: _____/s/ Christopher Frost_____
CHRISTOPHER FROST
KATHERINE PIERUCCI
NICO L. BRANCOLINI
Attorneys for Frisco County Inc., dba FB County and Tom Kim

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this date the foregoing DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT SCHEDULING CONFERENCE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

Dated: October 31, 2025

_____
CHRISTOPHER FROST